June 08, 2012

Mr. Robert M. 'Randy' Roach Jr.
Roach & Newton, L.L.P.
Heritage Plaza
1111 Bagby Street, Suite 2650
Houston, TX 77002
Mr. Craig T. Enoch
Enoch Kever PLLC
600 Congress Avenue, Suite 2800
Austin, TX 78701

RE: Case Number: 10-0223
 Court of Appeals Number: 13-07-00301-CV
 Trial Court Number: 03-60526-4

Style: CENTOCOR, INC.
 v.
 PATRICIA HAMILTON AND THOMAS HAMILTON v. MICHAEL G. BULLEN, M.D.

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]
 Blake A. Hawthorne, Clerk
 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. Dorian E. Ramirez |
| |Mr. William J. |
| |Granberry |
| |Mr. Thomas F. Nye |
| |Mr. William A. |
| |Abernethy |
| |Mr. Simon Brian Purnell|
| | |
| |Ms. Diana T. Barrera |
| |Mr. Dylan O. |
| |Drummond |
| |Ms. Kathleen Cassidy |
| |Goodman |
| |Ms. Ruth G. Malinas |
| |Ms. Deborah J. La Fetra|
| | |
| |Mr. R. Brent Cooper |
| |Mr. Richard David |
| |Salgado |
| |Mr. Daniel R. Volkmuth |
| |Ms. Lauren Beck Harris |